UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEVERICK C. FERRAND                                CIVIL ACTION

VERSUS                                             NO: 20-2293

MELISSA FULLER, ET AL.                             SECTION: "A" (5)

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff Deverick Ferrand's 42 U.S.C. § 1983 lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b), Fed. R. Civ. P., and Local Rule 41.3.1.

April 28, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE